**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| United States of America | |
| v. | Case Number: 20 CR 77 |
| | Magistrate Judge Beth W. Jantz |
| Kenneth D. Courtright (1) | |

## ORDER

Arraignment proceedings held as to Kenneth D. Courtright (1) on 06/24/2020. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by telephone conference. Defendant, Kenneth D. Courtright (1) acknowledges receipt of the Indictment; waives formal reading of the Indictment and enters a plea of not guilty to each count in which he is named. Rule 16.1(a) conference to be held by 07/15/2020. Status hearing before Judge Kennelly set for 07/21/2020 at 10:30 a.m. for counsel ONLY. Defendant, Kenneth D. Courtright's (1) presence is waived for the 07/21/2020 status hearing. In the interest of justice, time is excluded from 06/24/2020 to and including 07/21/2020 pursuant to 18 USC 3161(h)(1)(D). Defendant, Kenneth D. Courtright admonished to continue to abide by the conditions of release imposed by the Court on 02/05/2020 [10]. (X-T)

(00:15)

Date: 06/24/2020

Beth W. Jantz
United States Magistrate Judge