**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                  Case No.: 1:20−cr−00077

                                  Honorable Matthew F. Kennelly

Kenneth D Courtright

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Kenneth D Courtright: Telephonic status hearing held on 11/12/2020. Defendant's dispositive motion deadline is extended to 2/26/2021. A telephonic status hearing is set for 1/11/2021 at 9:10 a.m. The following call−in number will be used for the hearing: 888−684−8852 conference code 746−1053. The parties' joint oral motion for early return of trial subpoenas is granted. Defendant's appearance is waived for the status hearing. Ordered time excluded through 1/24/2022 due to the complexity of the case, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.