# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                          Case No.: 1:20–cr–00077
                                                           Honorable Matthew F. Kennelly

Kenneth D Courtright

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 11, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Kenneth D Courtright: Telephonic status hearing held on 1/11/2021. The parties reported on the status of discovery. A telephonic status hearing is set for 2/26/2021 at 9:00 a.m. The following call–in number will be used for the hearing: 888–684–8852, access code 746–1053. The pretrial motion deadline is vacated and will be reset at that the next hearing. The defendant's appearance is waived for the status hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.