UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH D. COURTRIGHT | No. 20 CR 77<br><br>Judge Matthew F. Kennelly |

**JOINT STATUS REPORT**

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendant KENNETH D. COURTRIGHT, by his counsel, NISHAY SANAN, pursuant to this Court's Order dated May 10, 2021, present this Joint Status Report, and state as follows:

1. Defendant is charged in this case with seven counts of wire fraud. He is free on bond. Trial in this matter is set for April 2022.

2. On May 10, 2021, this Court ordered the parties to file by May 14, 2021, a status report regarding the production of SEC materials to the defendant.

3. The government has completed its production of these voluminous SEC materials to defendant's counsel.

Respectfully submitted,

| | |
|---|---|
| JOHN R. LAUSCH, JR.<br>United States Attorney | KENNETH D. COURTRIGTH<br>Defendant |
| By: /s/ Jason A. Yonan<br>JASON A. YONAN<br>Assistant United States Attorney | By: /s/ Nishay Sanan<br>NISHAY SANAN<br>53 W. Jackson Blvd, Suite 1424 |

219 S. Dearborn Street, Rm. 500  Chicago, Illinois 60604
Chicago, Illinois 60604  (312) 692-0360
(312) 353-0708

Date: May 12, 2021