# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                      Case No.: 1:20–cr–00077
                                          Honorable Matthew F. Kennelly

Kenneth D Courtright

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 30, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Kenneth D Courtright: Telephonic status hearing held on 8/30/2021. Defendant's motion to dismiss [64] is denied for the reasons stated on the record. A telephonic status hearing is set for 11/30/2021 at 9:00 a.m. The following call–in number will be used for the hearing: 888–684–8852 conference code 746–1053. The defendant's appearance is waived for the hearing. Ordered time excluded through 11/30/2021 due to complexity of the case and volume of discovery, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.