**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 20 CR 77 |
| | ) | Hon. Judge Kennelly |
| KENNETH COURTRIGHT | ) | |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.17, attorneys Nishay K. Sanan and Cece White hereby move for leave to withdraw as counsel for Kenneth Courtright.

1. On August 26, 2020, attorney Nishay K. Sanan was appointed under the Criminal Justice Act. (ECF No. 48). On May 3, 2021, Attorney Cece White of Mr. Sanan's firm filed an appearance on behalf of Kenneth Courtright. (ECF No. 60).

2. There has been a breakdown in communication between appointed counsel and Mr. Courtright and Mr. Courtright has now retained counsel.

3. Mr. Courtright's retained attorney, Michael Leonard, has now filed an appearance on behalf of Kenneth Courtright. (ECF No. 71).

4. Nishay K. Sanan and Cece White have made their legal file, prior discovery productions, and all other materials related to their representation of Mr. Courtright available for his new attorney to pick up when convenient.

1

For these reasons, Nishay K. Sanan and Cece White respectfully request leave to withdraw as attorneys for Kenneth Courtright.

        Respectfully submitted,

        */s/ Nishay K. Sanan*
        nsanan@aol.com

        Respectfully submitted,

        */s/ Cece White*
        cece@sananlaw.com

        Nishay K. Sanan, Esq.
        53 W. Jackson Blvd., Suite 1424
        Chicago, Illinois 60604
        Tel: 312-692-0360
        Fax: 312-957-0111