# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Kenneth D Courtright

Defendant.

Case No.: 1:20−cr−00077
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 14, 2021:

MINUTE entry before the Honorable Matthew F. Kennelly as to Kenneth D Courtright: Telephonic motion hearing held on 12/14/2021. Defense counsel Cece White's motion to withdraw and substitute counsel [72] is granted. Attorney Cece White is granted leave to withdraw her appearance from the case. Attorney Michael Leonard is granted leave to file his appearance. Defendant's motion to continue trial [71] is granted. Jury trial set for 4/18/2022 is vacated and reset to 8/15/2022 at 9:45 a.m. Defendant's pretrial motions are due 1/31/2022. A telephonic status hearing is set for 2/4/2022 at 9:00 a.m. The following call−in number will be used for the hearing: 888−684−8852, conference code 746−1053. The defendant is ordered to appear for the telephonic status hearing. Ordered time excluded through 8/15/2022 due to the complexity of the case, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). The telephonic status hearing set for 1/25/2022 is vacated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.