# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Kenneth D Courtright

Defendant.

Case No.: 1:20–cr–00077
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 6, 2022:

MINUTE entry before the Honorable Matthew F. Kennelly as to Kenneth D Courtright: Telephonic motion hearing held on 5/6/2022. The receiver is directed to send defense counsel an estimate as to the costs for the relatively system, the zoom files, and the download of the Google Suite e–mail data. The telephonic motion hearing is continued to 5/12/2022 at 9:15 a.m. The following call–in number will be used for the hearing: 888–684–8852, access code 746–1053. The defendant's motion to compel [77] is entered and continued to the 5/12/2022 hearing date. A representative of the Receiver, government counsel, the defendant, and defense counsel are to participate in the 5/12/2022 motion hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.