IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | 20 CR 077 |
| KEN COURTRIGHT ) | Judge Kennelly |
| ) | |
| ) | |

**DEFENDANT KEN COURTRIGHT'S MOTION FOR APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT**

Defendant, Ken Courtright ("Mr. Courtright"), by and through his undersigned counsel, respectfully moves this Court for the entry of an Order appointing his present undersigned counsel as appointed counsel under the ("CJA"), and states as follows:

1. Mr. Courtright's ability to pay for retained counsel, as agreed upon and planned, has not materialized because of his continuing poor financial condition.

2. Despite those issues, Mr. Courtright is gainfully employed, although now earning a modest income. However, that said, a recent ownership dispute threatens the continued viability of that employment. Moreover, Mr. Courtright has extraordinary debts, and is now even facing the threat of foreclosure on his condo.

3. Even if Mr. Courtright had adequate resources to pay for retained counsel, he would not be able to appropriately do so in light of the expenses that will arise out of the electronic discovery which is necessary to defend against the allegations in this case, and which have been made known to this Court by his counsel's recent filings, as well as during the recent hearings before this Court.

4. In support of this Motion, Mr. Courtright provides this Court with his CJA Financial Affidavit, which is submitted under seal. However, Mr. Courtright's counsel is also providing it

to counsel for the Government.

5. Mr. Courtright's counsel is also submitting to this Court a proposed CJA Order Appointing Counsel.

**WHEREFORE**, Defendant, Mr. Courtright, by and through his undersigned counsel, respectfully requests that this Court enter an Order appointing the undersigned as his appointed counsel under the Criminal Justice Act, and for such other and further relief as is appropriate under the circumstances.

                                            **Respectfully submitted,**

                                            **By: /s/ Michael I. Leonard**
                                                      **Counsel for Mr. Courtright**

**LEONARD TRIAL LAWYERS**
Michael I. Leonard
120 North LaSalle, Suite 2000
Chicago, Illinois 60602
(312)380-6559 (phone)
(312)264-9671 (fax)

                                      **CERTIFICATE OF SERVICE**

The undersigned states that, on May 31, 2022, he EFILED by way of this Court's ECF filing system, the above Motion and caused it to be served on all parties of record.

                                            **By: /s/ Michael I. Leonard**
                                                 **Counsel for Mr. Courtright**