**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 20 CR 00077 |
| v. | ) | |
| | ) | Judge Kennelly |
| COURTRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Defendant, Mr. Courtright, by and through his counsel, provides this Status Report, per this Court's recent Order and in advance of the parties' August 17, 2022 status conference:

Defendant's counsel has been provided access to the Relativity database by the Receiver's vendor, which the Receiver had previously created. That access is through remote log-in, so no additional outside vendor is needed to be retained by Defendant's counsel in order load that data or to house it. Defendant's counsel and Defendant will continue to be able to search that database.

Defendant's counsel has also been provided with two fairly massive disk drives by the Receiver's vendor.

It will not be possible to house that data on a computer or Surface based upon the volume of that data. Accordingly, that data will have to be loaded onto a system by an e-vendor, and housed on a platform by that vendor, with access then being provided to Defendant's counsel and Mr. Courtright. Defendant's counsel anticipates filing a CJA Motion to allow that to happen, and anticipates filing that prior to the August 17, 2022 status hearing.

Finally, the Receiver's vendor, which provided the above data, has provided an invoice to Defendant's counsel. Defendant's counsel assumes that this Court will want or require

Defendant's counsel to seek the payment of that invoice through the CJA. Accordingly,

Defendant will likewise seek the appointment of the Receiver's vendor under the CJA for the

purpose of having that invoice paid – and in the event that the vendor has to incur additional costs

if it is discovered or determined that not all of the data is contained within the three data sources it

has provided to-date, namely, the Relativity database and the two massive disk drives.


Respectfully submitted,

By:     **s/ Michael I. Leonard**
        **MICHAEL I. LEONARD**
        *One of the attorneys for Defendant*


**LEONARD TRIAL LAWYERS**
Michael I. Leonard
Kelsey H. Killion
120 N LaSalle Street, 20th Floor
Chicago, Illinois 60602
(312)380-6559 (phone)
(312)264-0671 (fax)
mleonard@leonardtriallawyers.com
kkillion@leonardtriallawyers.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

       The undersigned states that he caused to filed the above documents and served upon all counsel of record on August 12, 2022, by using this Court's ecf filing system.

Respectfully submitted,

By:    **s/Michael I. Leonard**
         **MICHAEL I. LEONARD**