**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 20 CR 00077** |
| | ) | **Judge Kennelly** |
| | ) | |
| **KENNETH COURTRIGHT,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S *SUPPLEMENTAL* STATUS REPORT**

Defendant, Mr. Courtright, by and through his undersigned CJA appointed counsel,

submits this *Supplemental* Status Report, and states as follows:

On August 16, 2022 at 6:00 p.m., the Receiver's counsel notified Defendant's counsel

that a third disk drive has been sent by Federal Express and should be received by Defendant's

counsel on August 17, 2022. This third disk drive contains the "Zoom" data that was the subject

of the parties' Motion practice and which was ordered to be produced. Defendant's counsel is

awaiting from his e-mail to the Receiver's counsel as to whether the Receiver's electronic

production is now complete.

> **Respectfully submitted,**
>
> By: **/s/ Michael I. Leonard**
> **Counsel for Mr. Courtright**

**LEONARD TRIAL LAWYERS LLC**
Michael I. Leonard
Kelsey Killion
120 North LaSalle, Suite 2000
Chicago, Illinois 60602
(312)380-6559 (phone)

(312)264-9671 (fax)
mleonard@leonardtriallawyers.com
kkillion@leonardtriallawyers.com

## CERTIFICATE OF SERVICE

The undersigned states that on August 17, 2022, he EFILED by way of this Court's ECF filing system, the above Status Report, and therefore served it upon all counsel of record.

By:/s/ Michael I. Leonard
Counsel for Courtright