

### UNITED STATES DISTRICT COURT
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**          **Clerk**                                                    **312-435-5670**

Date: 8/17/2022

Case Number: 20 CR 77

Case Title: USA v. Courtright

Judge: Kennelly

### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

☑         Document entered in error.

☐     Document withdrawn or removed per court order o

☐         Incorrect document linked.

☐     Other:

☐   Removed per IOP30(b).

Thomas G. Bruton, Clerk

By: /s/ Melissa Astell
Deputy Clerk

Rev. 11/29/2016