UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 20 CR 77 |
| ) | |
| KENNETH D. COURTRIGHT ) | Judge Matthew F. Kennelly |

**UNOPPOSED MOTION TO RESET PRETRIAL CONFERENCE DATE**

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby presents this unopposed motion to reset the pretrial conference date in this matter. In support, the government states as follows:

1. On March 8, 2023, at defendant's request, the Court reset the trial in this matter from April 4, 2023, to June 26, 2023. The Court kept the previously scheduled pretrial conference date of March 28, 2023, at 3:00 pm.

2. Given that the trial has been moved, the undersigned Assistant United States Attorney would like, if possible, to go on a family trip the week of March 27. The undersigned Assistant United States Attorney had previously not planned to go on the trip because of the April 4 trial date, but would like to do so now that the trial has been moved.

3. The undersigned Assistant United States Attorney has emailed defense counsel, Michael Leonard, who has no objection to rescheduling the pretrial conference in this matter.

4. The government and Mr. Leonard would both be available for a pretrial conference on April 4, when the trial was previously scheduled to begin, if that date works for the Court.

WHEREFORE, the government respectfully requests that this Court grant this motion and reset the pretrial conference date in this matter to April 4, or to another date that works for the Court.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:  /s/ *Jason A. Yonan*
JASON A. YONAN
Assistant United States Attorney
(312) 353-0708

Dated: March 9, 2023