IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES,** | )<br>)<br>)<br>)<br>) |
| | ) **Case No. 20 CR 77** |
| v. | )<br>) **Judge Kennelly** |
| **KENNETH COURTRIGHT,** | )<br>) |
| **Defendant.** | )<br>) |

## DEFENDANT'S WITNESS LIST

The Defendant may call any of the following as witnesses at trial:

1. Mr. Courtright
2. Mike Polacek
3. Tamara Gorka
4. Amy Amling
5. Dan Manners
6. Carolyn Ceribelli
7. Bill Courtright
8. Davie M. Corbin
9. Patrick Thean
10. Cody Neer
11. Walter O'Brien
12. Stephan Spencer
13. Ken Rochon
14. Joshua Eberly
15. Ran Ding
16. Sean Kavanaugh
17. Dan Niera
18. Marian (last name unknown – was employed at Bucharest operations)
19. Ismael Ben Wrixen
20. Thomas Edward Smale
21. David Alan Conklin
22. Todd Krause
23. Dan Meyers/Myers
24. Any witness listed by the Government in its Witness List
25. Any witness for purposes of impeachment prove-up

26. Any witness for purposes of rebuttal.
27. Any witness identified in the electronic data that has been produced to Defendant. To-date, Defendant and his counsel have not been able to complete their review of that data. Accordingly, Defendant may need to supplement this Witness List after that review is completed.

                        **RESPECTFULLY SUBMITTED,**

       **By:**    **s/Michael I. Leonard**
                  **Counsel for Mr. Courtright**

**LEONARD TRIAL LAWYERS LCC**
Michael I. Leonard
120 N. LaSalle Street, 20th Floor
Chicago, Illinois 60602
312-380-6559(office)
312-264-0671 (fax)
mleonard@leonardtriallawyers.com

## CERTIFICATE OF SERVICE

      The undersigned states that, on March 20, 2023, he caused the above to be served on all counsel of record by way of ECF filing.

                        **RESPECTFULLY SUBMITTED,**

       **By:**    **s/Michael I. Leonard**
                  **Counsel for Mr. Courtright**