UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 20 CR 77 |
| | ) | |
| KENNETH D. COURTRIGHT | ) | Judge Matthew F. Kennelly |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION *IN LIMINE*
AND JURY INSTRUCTION**

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby presents this motion for leave to file a supplemental motion *in limine* and supplemental jury instruction. In support, the government states as follows:

1. This case is set for trial on June 26, 2023.

2. On January 4, 2023, the Court ordered that the government file various trial related materials by March 6, 2023, including motions *in limine* and jury instructions. The defendant was given until March 20, 2023, to file these same materials.

3. Defendant filed his proposed jury instructions on March 20. He included a proposed advice of counsel instruction. He has also disclosed on his witness list at least one attorney who previously did work for his company.

4. Based on defendant's proposed advice of counsel jury instruction, the government would like the Court to consider a supplemental motion *in limine*, which will be filed contemporaneously with this motion, regarding waiver of the attorney-

client privilege/duty of confidentiality. The government seeks to file this motion now based on the defendant's jury instructions and witness list.

5. Dealing with this issue pre-trial will resolve and streamline issues that will be determined at trial.

6. The government would also like to submit one additional proposed jury instruction for the Court to consider that was not included in the government's original submission. That proposed jury instruction will also be submitted contemporaneously with this motion.

WHEREFORE, the government respectfully asks that this Court grant this motion and allow for the filing and consideration of a supplemental motion *in limine* and supplemental jury instruction, both of which will be filed along with this motion.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: /s/ *Jason A. Yonan*
JASON A. YONAN
Assistant United States Attorney
(312) 353-0708

Dated: March 23, 2023