UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 20 CR 77 |
| | ) | Judge Matthew F. Kennelly |
| KENNETH D. COURTRIGHT | ) | |

**GOVERNMENT'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION**

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully submits the following supplemental jury instruction.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: /s/ Jason A. Yonan
JASON A. YONAN
ADAM L. ROSENBLOOM
Assistant United States Attorneys
219 S. Dearborn Street, Suite 500
Chicago, Illinois 60604
(312) 353-5300

Dated: March 23, 2022

You have heard recorded conversations. This is proper evidence that you should consider together with and in the same way you consider the other evidence.

You were also given transcripts of the conversations on the video recordings to help you follow the recordings as you listened to them. The recordings are the evidence of what was said and who said it. The transcripts are not evidence. If you noticed any differences between what you heard in a conversation and what you read in the transcripts, your understanding of the recording is what matters. In other words, you must rely on what you heard, not what you read. And if you could not hear or understand certain parts of a recording, you must ignore the transcripts as far as those parts are concerned.

I am providing you with the recordings and a device with instructions on its use. It is up to you to decide whether to listen to a recording during your deliberations. You may, if you wish, rely on your recollections of what you heard during the trial.

If, during your deliberations, you wish to have another opportunity to view any transcripts as you listen to a recording, send a written message to the court security officer and I will provide you with the transcripts.

GOVERNMENT INSTRUCTION NO. 36

Seventh Circuit Pattern Jury Instruction (Criminal) 3.14 (2022)