UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH D. COURTRIGHT | No. 20 CR 77<br><br>Judge Matthew F. Kennelly |

**PETITION FOR ORDER GRANTING IMMUNITY
PURSUANT TO SECTION 6002, TITLE 18,
UNITED STATES CODE, TO COMPEL TESTIMONY OF WITNESS**

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, states as follows:

1. The government seeks the testimony and evidence of David Kelley in the proceedings in this case.

2. David Kelley, through his attorney, Jared Vasiliauskas, Powers & Cronin, Ltd., has indicated that in his appearance in the proceedings in this case, he will assert his privilege against self-incrimination under the Fifth Amendment to the United States Constitution.

3. It is my judgment as United States Attorney for the Northern District of Illinois that the testimony and evidence of David Kelley in the proceedings before this Court may be necessary to the public interest.

4. Therefore, I have sought and obtained approval from the designated representative of the Attorney General of the United States to make application to this Court that David Kelley be instructed by the Court to testify and produce evidence in the proceedings before this Court; all in accordance with the terms and provisions of

Title l8, United States Code, Sections 6002 and 6003. A copy of a letter from the Assistant Attorney General of the Criminal Division, Department of Justice, setting out the above-mentioned approval, is attached to this petition.

WHEREFORE, the petitioner requests the Court enter an Order instructing David Kelley to testify and produce evidence in the proceedings before this Court, subject to the provisions of Title 18, United States Code, Section 6002, namely, that no testimony or other information compelled under the Order (or any information directly or indirectly derived from such testimony or other information) may be used against him in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with the Order.

Date: June 23, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MORRIS PASQUAL
　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　By: /s/ Jason A. Yonan
　　　　　　　　　　　　　　　　　　　Jason A. Yonan
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　219 South Dearborn Street, 5th Floor
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　(312) 353-0708