

U.S. Department of Justice

Criminal Division

*Office of the Assistant Attorney General*          Washington, D.C. 20530

Mar 15, 2023

The Honorable John Lausch, Jr.
United States Attorney
Northern District of Illinois
219 South Dearborn Street
Fifth Floor
Chicago, IL 60604

**Attention:**     Jason A. Yonan
                 Northern District of Illinois

**Re:**           Witness Immunity Authorization
                 David Kelley
                 United States v. Kenneth D. Courtright

Dear Mr. Lausch,

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Northern District of Illinois for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring David Kelley to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

                                                      Sincerely,

                                                      Jennifer A.H. Hodge

Deputy Assistant Attorney General