UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH D. COURTRIGHT | No. 20 CR 77<br><br>Judge Matthew F. Kennelly |

**O R D E R**

This matter coming on to be heard on the petition of the UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, for an Order instructing David Kelley to testify and produce evidence before this Court; Jared Vasiliauskas, attorney for David Kelley, having indicated that in the appearance of David Kelley in the proceedings before this Court, he will assert his privilege against self-incrimination; and this Court having considered said petition of the United States Attorney and the letter approving the application to this Court from the Assistant Attorney General of the Criminal Division, United States Department of Justice, attached to said petition:

IT IS HEREBY ORDERED that David Kelley shall not be excused from testifying and giving evidence in the proceedings before this Court on the ground that the testimony and evidence required of him may tend to incriminate him, and that David Kelley shall appear before this Court and testify and provide evidence without further asserting there his privilege against self-incrimination, and

IT IS FURTHER ORDERED that no testimony or evidence provided by the witness, David Kelley, compelled under this Order (or any information directly or

indirectly derived from such testimony and evidence) may be used against him in any criminal case, except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order, in accordance with the provisions of Section 6002, Title l8, United States Code.

ENTER:

_____
MATTHEW F. KENNELLY
Judge
United States District Court

Dated at Chicago, Illinois
this \_\_\_ day of June, 2023