# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Kenneth D Courtright

Defendant.

Case No.: 1:20–cr–00077
Honorable Matthew F. Kennelly

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 29, 2023:

MINUTE entry before the Honorable Matthew F. Kennelly as to Kenneth D Courtright: Jury trial held on 6/29/2023. Evidence entered. Jury trial continued to 6/30/2023 at 9:00 a.m. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.