**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                 Case No.: 1:20–cr–00077
                                 Honorable Matthew F. Kennelly

Kenneth D Courtright

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 7, 2023:

        MINUTE entry before the Honorable Matthew F. Kennelly as to Kenneth D Courtright: Jury trial held on 7/7/2023. Jury deliberations continued. The jury finds the defendant, Kenneth D Courtright, guilty to all counts in the indictment. Defendant's previously set bond conditions are to remain pending sentencing. Case is referred to the Probation Office for preparation of a presentence report. Sentencing hearing is set for 10/4/2023 at 1:15 p.m. Government's version of the offense is to be submitted by 7/21/2023. Defendant's version of the offense, if any, is to be submitted by 7/28/2023. Presentence report is to be filed by 8/25/2023. The Probation Office is directed to disclose its recommendation to both sides. The government&#0;39;s sentencing memorandum is to be filed by 9/20/2023; defendant's sentencing memorandum is to be filed by 9/27/2023. Defendant's post–trial motions are due 8/28/2023. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.