# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                                    Case No.: 1:20–cr–00077
                                                                     Honorable Matthew F. Kennelly

Kenneth D Courtright

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 15, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Kenneth D Courtright: Defendant's unopposed motion to temporarily amend conditions of release to allow travel is granted [170]. Defendant is given permission to travel to and from New York City from 9/15/23 through 9/19/2023. Defendant must provide contact information to Pretrial Services before traveling. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.