# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **v.** ) | **Case No. 20 CR 77** |
| ) | **Judge Kennelly** |
| ) | |
| **KENNETH COURTRIGHT,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

### **DEFENDANT'S *AGREED* MOTION TO RE-SET SENTENCING HEARING**

Defendant, Kenneth Courtright, by and through his undersigned counsel, respectfully moves this Court for the entry of an Order, re-setting the November 22, 2023 sentencing hearing, and states as follows:

1. Defendant's counsel has conferred with the Government, and the Government has no objection to this Motion.

2. Defendant's counsel seeks the re-setting of the above-referenced sentencing hearing in order to complete the factual investigation into the loss amount and PSR issues, and in light of the fact that Defendant's counsel has had several recent trials.

3. No party will be prejudiced, and this Motion is not made for any improper purpose, including delay.

4. Subject to the Court's availability, the parties were hoping to obtain a date in or about the weeks of January 8 or January 15, but would like the opportunity to confer with the Court's courtroom deputy regarding the new date.

**WHEREFORE**, Mr. Courtright, by and through his undersigned counsel, respectfully requests that this Court enter an Order granting the above requested relief, and for such other and

further relief as is appropriate.

            **Respectfully submitted,**

            **By: /s/ Michael I. Leonard**
              **Counsel for Mr. Courtright**

**LEONARD TRIAL LAWYERS LLC**
Michael I. Leonard
120 North LaSalle, Suite 2000
Chicago, Illinois 60602
(312)380-6559 (phone)
(312)264-9671 (fax)
mleonard@leonardtriallawyers.com

### CERTIFICATE OF SERVICE

  The undersigned states that, on November 2, 2023, he EFILED by way of this Court's ECF filing system, the above Motion and therefore served upon it upon all counsel of record.

            **By:/s/ Michael I. Leonard**
              **Counsel for Mr. Courtright**