# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                           Case No.: 1:20–cr–00077

                                                                                 Honorable Matthew F. Kennelly

Kenneth D Courtright

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 7, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Kenneth D Courtright: Defendant's agreed motion to allow travel [181] is granted. Defendant may travel to and from Orlando Florida from 11/7/2023 through 11/11/2023. Defendant is advised that the Court will not hereafter approve eleventh–hour requests to modify his release conditions; such requests must be made reasonably in advance of the requested travel. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.