# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 20 CR 077 |
| v. | Hon. Matthew F. Kennelly<br>District Judge |
| KENNETH COURTRIGHT | |

## WITHDRAWAL OF COUNSEL

Please take notice that Assistant United States Attorney Saurish Appleby-Bhattacharjee is no longer assigned to the above-captioned case.

                                                                                      Respectfully submitted,

                                                                                     MORRIS PASQUAL
                                                                                     Acting United States Attorney

By:   */s/ Saurish Appleby-Bhattacharjee*
       SAURISH APPLEBY-
       BHATTACHARJEE
       Assistant United States Attorney
       219 S. Dearborn Street, Rm. 500
       Chicago, Illinois 60604
       (312) 469-6045

Dated: November 17, 2023